FILED

2020 FEB 28 AM 9:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America **PLAINTIFF(S)** v. ZHENG, Sifeng **DEFENDANT(S).** | **CASE NUMBER** 20-00135-RT-02 2nMJ00918 **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Dist Complaint
in the _____ District of Hawaii on 2/6/2020
at 11:05 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 1/27/2019
in violation of Title 18 U.S.C., Section(s) 1029, 1028A
to wit: Aggravated ID theft, Access device

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _2/28/2020_, by
_[signature]_, Deputy Clerk.

_[signature]_     Jason Ramage
Signature of Agent     Print Name of Agent

US Secret Service     Special Agent
Agency     Title

CR-52 (05/98)     **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**